**UNITED STATES of America,
Plaintiff-Appellee,**

v.

**Eddie COOK, Defendant-Appellant.**

No. 71–1854

Summary Calendar.*

United States Court of Appeals,
Fifth Circuit.

Nov. 17, 1971.

Rehearing Denied Dec. 27, 1971.

Craig Wilson, West Palm Beach, Fla. (Court-appointed), for defendant-appellant.

Robert W. Rust, U. S. Atty., Marsha Lyons, Asst. U. S. Atty., Miami, Fla., for plaintiff-appellee.

Before BELL, AINSWORTH, and GODBOLD, Circuit Judges.

PER CURIAM:

Appellant was convicted on two counts of an indictment charging violations of 18 U.S.C.A. §§ 495 and 2, in forging and uttering a United States Treasury check, and on another count charging possession of a stolen treasury check in

---

1. See NLRB v. Amalgamated Clothing Workers of America, 5 Cir. 1970, 430 F.2d 966.

* [1] Rule 18, 5 Cir., see Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York et al., 5 Cir. 1970, 431 F.2d 409, Part I.

**340**

violation of 18 U.S.C.A., § 1708. He received concurrent sentences on the convictions and now appeals. We affirm.

 There are three assignments of error. The first complaints of the cross-examination by the prosecution with respect to prior convictions of appellant. This complaint is without merit. See United States v. Saitta, 5 Cir., 1971, 443 F.2d 830, 831.

 Next, it is urged that the trial judge invaded the province of the jury through a comment on the conflicts in the evidence. This event does not remotely approach error and thus is without merit.

 Lastly, appellant contends that he was denied his *Miranda*[1] rights in connection with oral and written inculpatory statements. A careful review of the facts as developed on a motion to suppress and on the trial leads us to the conclusion that this claim is likewise without merit.

Affirmed.

Carlos B. Fernandez, Miami, Fla. (Court-appointed), for defendant-appellant.

Robert W. Rust, U. S. Atty., Jerome B. Ullman, Jr., Asst. U. S. Atty., Miami, Fla., for plaintiff-appellee.

Before GEWIN, GOLDBERG and DYER, Circuit Judges.

PER CURIAM:

Affirmed. See Local Rule 21.[1]

---

1. 384 U.S. 436, 86 S.Ct. 1602, 16 L.Ed.2d 694 (1966).

